## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Leo V. Devito | | |
| | Debtor(s) | CHAPTER 13 |
| Bank of America, N.A. | | |
| | Movant | |
| vs. | | |
| | | NO. 19-16632 PMM |
| Leo V. Devito | | |
| | Debtor(s) | |
| Scott F. Waterman | | |
| | Trustee | 11 U.S.C. Sections 362 and 1301 |

## <u>ORDER</u>

AND NOW, this          day of                  , 2022 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2017 NISSAN FRONTIER 4WD, ("Vehicle"), bearing a VIN Number 1N6AD0EV7HN744672.

_____

United States Bankruptcy Judge.