### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leo V. Devito<br>      Debtor(s) | CHAPTER 13 |
| Bank of America, N.A.<br>      Movant<br>vs.<br>Leo V. Devito<br>      Debtor(s) | NO. 19-16632 PMM |
| Scott F. Waterman<br>      Trustee | 11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on March 28, 2022, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Leo V. Devito
3606 Gloucester Drive
Bethlehem, PA 18020

<u>Attorney for Debtor(s)</u>
FRANK S. MARINAS,
Maschmeyer Marinas P.C.
629A Swedesford Road,
 Swedesford Corporate Center
Malvern, PA 19355
**VIA ECF**

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

<u>US Trustee</u>
United States Trustee
Office of the US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
**VIA ECF**

Date: March 28, 2022

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant