United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 19-16632-pmm

Leo V. DeVito                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 25, 2022                   Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

**Recip ID          Recipient Name and Address**
db          + Leo V. DeVito, 3606 Gloucester Drive, Bethlehem, PA 18020-7542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

**Name          Email Address**

FRANK S. MARINAS
    on behalf of Debtor Leo V. DeVito Fmarinas@msn.com  marinasfr98044@notify.bestcase.com

PAUL BRINTON MASCHMEYER
    on behalf of Debtor Leo V. DeVito pmaschmeyer@maschmarinas.com  FMarinas@msn.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT JOSEPH KIDWELL
    on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 25, 2022                       Form ID: pdf900                          Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Leo V. DeVito,** | : | **Chapter 13** |
| | : | |
| | : | **Case No.   19-16632 (PMM)** |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Bank of

America, N.A. (doc. #71, the "Motion"), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1.  On or before **May 25, 2022**, the parties shall either file the Stipulation or file a notice

    relisting the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

    further notice or hearing.


**Date: 4/25/22**

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**