United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-16632-pmm
Leo V. DeVito | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

**Recip ID         Recipient Name and Address**
db            + Leo V. DeVito, 3606 Gloucester Drive, Bethlehem, PA 18020-7542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

**Name            Email Address**

FRANK S. MARINAS
                on behalf of Debtor Leo V. DeVito Fmarinas@msn.com   marinasfr98044@notify.bestcase.com

PAUL BRINTON MASCHMEYER
                on behalf of Debtor Leo V. DeVito pmaschmeyer@maschmarinas.com   FMarinas@msn.com

REBECCA ANN SOLARZ
                on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT JOSEPH KIDWELL
                on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Apr 29, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Leo V. DeVito | CHAPTER 13 |
| Debtor(s) | |
| Bank of America, N.A. | |
| Movant | |
| vs. | NO. 19-16632 PMM |
| Leo V. DeVito | |
| Debtor(s) | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's N 2017 NISSAN FRONTIER 4WD, ("Vehicle"), bearing a VIN Number 1N6AD0EV7HN744672, is **$1,498.90**, which breaks down as follows;

| Post-Petition Payments: | December 9, 2022 through April 9, 2022 at $366.30/month |
| Suspense Balance: | ($332.60) |
| **Total Post-Petition Arrears** | **$1,498.90** |

2. The Debtor(s) shall cure said arrearages in the following manner;

   a). Within fourteen (14) days, following court approval of the Stipulation, Debtor(s) shall an immediate full payment of the total arrears of **$1,498.90** to the address below:

   BANK OF AMERICA, N.A.
   P.O. BOX 660933
   DALLAS, TX 75266

   b). Maintenance of the monthly vehicle payments to the Movant shall resume on or about May 9, 2022 and thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation and the loan is more than sixty (60) days in default, the Movant shall notify

Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 11, 2022

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.

Date: 04/19/2022

FRANK S. MARINAS
Attorney for Debtor(s)

Date: 4/21/22

Scott F. Waterman
Chapter 13 Trustee

Approved by the Court this 29th day of April, 2022. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Patricia M. Mayer Judge