Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-16632-PMM**

Leo V. DeVito  
3606 Gloucester Drive  
Bethlehem  PA   18020

Petition Filed Date: 10/23/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $2,800.00 | | 05/06/2021 | $2,800.00 | | 06/04/2021 | $2,800.00 | |
| 07/09/2021 | $2,800.00 | | 08/06/2021 | $2,800.00 | | 09/02/2021 | $2,800.00 | |
| 10/07/2021 | $2,800.00 | | 11/04/2021 | $2,800.00 | | 12/09/2021 | $2,800.00 | |
| 01/06/2022 | $2,800.00 | | 02/08/2022 | $2,800.00 | | 03/10/2022 | $2,800.00 | |
| 04/11/2022 | $2,800.00 | | 05/11/2022 | $2,800.00 | | 06/07/2022 | $2,800.00 | |
| 07/12/2022 | $2,800.00 | | | | | | | |

**Total Receipts for the Period: $44,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $91,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | FRANK MARINAS | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $57,821.70 | $0.00 | $57,821.70 |
| 2 | BANK OF AMERICA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TRUIST BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BRANCH BANKING & TRUST CO<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $28,460.50 | $0.00 | $28,460.50 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $6,099.52 | $0.00 | $6,099.52 |
| 7 | ESSA BANK & TRUST<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ESSA BANK & TRUST<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09S | Secured Creditors | $48,774.97 | $0.00 | $48,774.97 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $97,787.25 | $83,673.50 | $14,113.75 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $13,612.39 | $0.00 | $13,612.39 |

**Chapter 13 Case No. 19-16632-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $91,500.00 | Current Monthly Payment: | $2,800.00 |
| Paid to Claims: | $83,673.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $7,826.50 | Total Plan Base: | $167,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.