| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-16632-PMM**

Leo V. DeVito  
3606 Gloucester Drive  
Bethlehem  PA    18020

Petition Filed Date: 10/23/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $2,800.00 | | 09/09/2022 | $2,800.00 | | 10/06/2022 | $2,800.00 | |
| 11/07/2022 | $2,800.00 | | 12/08/2022 | $2,800.00 | | 01/11/2023 | $2,800.00 | |
| 02/09/2023 | $2,800.00 | | 03/09/2023 | $2,800.00 | | 04/11/2023 | $2,800.00 | |
| 05/09/2023 | $2,800.00 | | 06/09/2023 | $2,800.00 | | 07/12/2023 | $2,800.00 | |

**Total Receipts for the Period: $33,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $127,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | FRANK MARINAS | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»»  001 | Unsecured Creditors | $57,821.70 | $0.00 | $57,821.70 |
| 2 | BANK OF AMERICA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TRUIST BANK<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BRANCH BANKING & TRUST CO<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $28,460.50 | $0.00 | $28,460.50 |
| 6 | CITIBANK NA<br>»»  006 | Unsecured Creditors | $6,099.52 | $0.00 | $6,099.52 |
| 7 | ESSA BANK & TRUST<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ESSA BANK & TRUST<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  09S | Secured Creditors | $48,774.97 | $16,686.25 | $32,088.72 |
| 10 | UNITED STATES TREASURY (IRS)<br>»»  09P | Priority Crediors | $97,787.25 | $97,787.25 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»»  09U | Unsecured Creditors | $13,612.39 | $0.00 | $13,612.39 |

Chapter 13 Case No. 19-16632-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $127,900.00 | Current Monthly Payment: | $2,800.00 |
| Paid to Claims: | $114,473.50 | Arrearages: | ($2,800.00) |
| Paid to Trustee: | $10,878.50 | Total Plan Base: | $167,100.00 |
| Funds on Hand: | $2,548.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.