| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16632-PMM**

Leo V. DeVito
3606 Gloucester Drive
Bethlehem  PA    18020

Petition Filed Date: 10/23/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $2,800.00 | | 09/19/2023 | $2,800.00 | | 10/11/2023 | $2,800.00 | |
| 11/13/2023 | $2,800.00 | | 12/11/2023 | $2,800.00 | | 01/16/2024 | $2,800.00 | |
| 02/09/2024 | $2,800.00 | | 03/11/2024 | $2,800.00 | | 04/09/2024 | $2,800.00 | |
| 05/09/2024 | $2,800.00 | | 06/11/2024 | $2,800.00 | | 07/10/2024 | $2,800.00 | |

**Total Receipts for the Period:  $33,600.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $161,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | FRANCISCO S MARINAS AKA FRANK S MARINAS | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $57,821.70 | $396.74 | $57,424.96 |
| 2 | BANK OF AMERICA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TRUIST BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BRANCH BANKING & TRUST CO<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $28,460.50 | $195.28 | $28,265.22 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $6,099.52 | $41.85 | $6,057.67 |
| 7 | ESSA BANK & TRUST<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ESSA BANK & TRUST<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09S | Secured Creditors | $48,774.97 | $48,774.97 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $97,787.25 | $97,787.25 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $13,612.39 | $93.40 | $13,518.99 |

**Chapter 13 Case No. 19-16632-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $161,500.00 | Current Monthly Payment: | $2,800.00 |
| Paid to Claims: | $147,289.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $14,210.50 | Total Plan Base: | $167,100.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.