Certificate Number: 15504-PAE-DE-039013766

Bankruptcy Case Number: 19-16632



15504-PAE-DE-039013766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2024, at 4:24 o'clock PM EDT, Leo V DeVito completed a course on personal financial management given by internet and telephone by Cambridge Credit Counseling Corp., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 29, 2024                By:   /s/Maria Gomez

                                        Name:  Maria Gomez

                                        Title: Credit Counselor