United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Leo V. DeVito  
    Debtor

Case No. 19-16632-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 30, 2024      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo V. DeVito, 3606 Gloucester Drive, Bethlehem, PA 18020-7542 |
| 14431003 | + | B&D, 38 West Market Street, Bethlehem, PA 18018-5703 |
| 14409703 | | BB&T Home Mortgage Payment Center, P.O. Box 580302, Charlotte, NC 28258-0302 |
| 14449429 | + | ESSA Bank and Trust, 200 Palmer Street, Stroudsburg, PA 18360-1645 |
| 14409709 | | The Home Depot Consumer Credit Card, Citibank, N.A., 1-800-677-0232, Sioux Falls, SD |
| 14449428 | + | Vincent Rubino, PO Box 511, 712 Monroe Street, Stroudsburg, PA 18360-2131 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 31 2024 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 31 2024 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14409704 | | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 00:02:00 | BB&T Item Processing Center, P.O. Box 580048, Charlotte, NC 28258-0048 |
| 14442217 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 00:02:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14409705 | | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 31 2024 00:02:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5109 |
| 14434660 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 31 2024 00:02:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14678309 | ^ | MEBN | Oct 30 2024 23:54:26 | Bank of America, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440625 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 31 2024 00:02:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14440797 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 00:02:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14409706 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 00:04:56 | Capital One, Attn: Payment Processing, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14445760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 00:05:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14409707 | | Email/Text: collections@essabank.com | Oct 31 2024 00:03:00 | ESSA Bank & Trust, P.O. Box L, Stroudsburg, PA 18360-0160 |
| 14409708 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

| | | | Oct 31 2024 00:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|---|
| 14443948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2024 00:05:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14692825 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 00:02:00 | Truist Bank, PO Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA 23261-7767 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14431004 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14678754 | *+ | Bank of America, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com |
| FRANK S. MARINAS | on behalf of Debtor Leo V. DeVito Fmarinas@msn.com marinasfr98044@notify.bestcase.com |
| PAUL BRINTON MASCHMEYER | on behalf of Debtor Leo V. DeVito pmaschmeyer@maschmarinas.com FMarinas@msn.com |
| ROBERT JOSEPH KIDWELL | on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 96 − 87

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Leo V. DeVito<br><br>    Debtor(s). | Case No. 19−16632−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 30, 2024

For The Court

Timothy B. McGrath
Clerk of Court