United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16632-pmm |
| Leo V. DeVito | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leo V. DeVito, 3606 Gloucester Drive, Bethlehem, PA 18020-7542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

**Name**            **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com

FRANK S. MARINAS
    on behalf of Debtor Leo V. DeVito Fmarinas@msn.com  marinasfr98044@notify.bestcase.com

PAUL BRINTON MASCHMEYER
    on behalf of Debtor Leo V. DeVito pmaschmeyer@maschmarinas.com  FMarinas@msn.com

ROBERT JOSEPH KIDWELL
    on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4      User: admin      Page 2 of 2
Date Rcvd: Feb 27, 2025      Form ID: 195      Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Leo V. DeVito  : Case No. 19−16632−pmm
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , February 26, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195